IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DEBRA GALLEGOS,** | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:12-cv-377-O-BK |
| **MICHAEL J. ASTRUE,** | § | |
| **Commissioner of Social Security,** | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Defendant's Cross-Motion for Summary Judgment is **GRANTED** (ECF No. 21).

**SO ORDERED** on this **13th day** of **December, 2012.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE